IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH EDWARD KING, | No. CIV S-07-0830-FCD-CMK-P |
| Petitioner, | |
| vs. | ORDER |
| ROBERT HORELL, | |
| Respondent. | |
| _____/ | |

Petitioner, a state prisoner proceeding with appointed counsel, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Counsel has requested 120 days within which to inform this court whether petitioner intends to stand on the current petition on file or filed an amended petition. Good cause appearing therefor, the request will be granted.

A further briefing schedule will be set upon petitioner's election.

Accordingly, IT IS HEREBY ORDERED that within 120 days of the date of this order, petitioner shall either file an amended petition or inform the court that he elects to stand on the existing petition.

DATED: July 25, 2007.

CRAIG M. KELLISON
UNITED STATES MAGISTRATE JUDGE

1