IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH EDWARD KING, | No. CIV S-07-0830-FCD-CMK-P |
| Petitioner, | |
| vs. | ORDER |
| ROBERT HORELL, | |
| Respondent. | |

Petitioner, a state prisoner proceeding with appointed counsel, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  Pending before the court is petitioner's motion for an extension of time (Doc. 13).  Counsel has requested additional time to complete his review of the case and communicate with petitioner.

Good cause appearing therefor, IT IS HEREBY ORDERED that petitioner shall either file an amended petition or inform the court that he elects to stand on the existing petition on or before January 7, 2008.

DATED: November 29, 2007

  _____
  **CRAIG M. KELLISON**
  UNITED STATES MAGISTRATE JUDGE

1