# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH EDWARD KING, | No. CIV S-07-0830-FCD-CMK-P |
| Petitioner, | |
| vs. | ORDER |
| ROBERT HORELL, | |
| Respondent. | |

Petitioner, a state prisoner proceeding with appointed counsel, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On November 29, 2007, the court granted petitioner's request for additional time in which to make the decision whether to stand on the existing petition or file an amended petition. Petitioner was ordered to make his election on or before January 7, 2008. To date, plaintiff has not filed an amended petition or notified the court that he intends to stand on the existing petition.

Petitioner will be required to show cause and is warned that failure to respond to this order may result in dismissal of the action. See Local Rule 11-110. The filing of an amended petition or notification that petitioner intends to stand on the existing petition, within the time provided herein, will constitute an adequate response to this order to show cause.

1

1  Accordingly, IT IS HEREBY ORDERED that petitioner shall show cause in
2  writing, within 20 days of the date of service of this order, why this action should not be
3  dismissed for lack of prosecution and failure to comply with rules and/or court orders.

5  DATED: January 24, 2008

   *Craig M. Kellison*
   **CRAIG M. KELLISON**
   UNITED STATES MAGISTRATE JUDGE