IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH EDWARD KING, | No. CIV S-07-0830-FCD-CMK-P |
| Petitioner, | |
| vs. | ORDER |
| ROBERT HORELL, | |
| Respondent. | |
| _____/ | |

      Petitioner, a state prisoner proceeding with appointed counsel, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On July 26, 2007, petitioner was given 120 days to file an amended petition or inform the court that he elects to stand on the existing petition. This deadline was extended on November 29, 2007, when the court granted petitioner's request for additional time. Petitioner was ordered to make his election on or before January 7, 2008. Petitioner failed to do so, and an order to show case was issued on January 28, 2008.

      Petitioner has now filed a notification to the court that he elects to stand on his original petition. Therefore, the order to show cause will be discharged. Pursuant to the parties' joint scheduling statement, respondent requested 60 days to respond to the petition, and petitioner requested 30 days thereafter to file an optional traverse. Respondent has already been

1

served with a copy of the petition.

        Good cause appearing, IT IS HEREBY ORDERED that:

        1.     The order to show cause issued January 28, 2008 is discharged;

        2.     Respondent is directed to file a response to petitioner's petition within 60 days from the date of service of this order; and

        2.     Petitioner's traverse or reply (if respondent files an answer to the petition), if any, or opposition or statement of non-opposition (if respondent files a motion in response to the petition) shall be filed and served within 30 days of service of respondent's response.

DATED: February 28, 2008

                                                                       _____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE