IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH EDWARD KING, | No. CIV S-07-0830-FCD-CMK-P |
| Petitioner, | |
| vs. | ORDER |
| ROBERT HORELL, | |
| Respondent. | |
| _____/ | |

     Petitioner, a state prisoner proceeding with appointed counsel, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  On February 18, 2008, petitioner filed his notice of election to stand on his original petition.  Accordingly, the court directed respondent to file a response to the petition within 60 days.  However, it appears that although defendant is aware of this action, having filed a joint scheduling report on June 25, 2007, the Attorney General was never served with a copy of the petition or a copy of the order requiring a response.  The respondent will be reserved with these documents, and will be required to file a response within 60 days.

     The parties are informed that they may, if all consent in writing, have this case assigned to a United States Magistrate Judge for all purposes while preserving their right to

1

1 appeal any final judgment directly to the United States Court of Appeals for the Ninth Circuit or,
2 where appropriate, to the United States Court of Appeals for the Federal Circuit.  See 28 U.S.C.
3 § 636(c)(1), (3); see also E.D. Cal. Local Rule 73-305(a), (c).  The parties are advised that they
4 are free to withhold consent and that doing so shall not result in any adverse substantive
5 consequences.  See § 636(c)(2).  If all parties consent to magistrate judge jurisdiction, the action
6 will be reassigned to the undersigned for all purposes, including entry of final judgment.  See
7 Local Rule 73-301 and Local Rule 73-305(b).

8      A review of the record reflects that petitioner has consented in writing to the
9 exercise of full jurisdiction by a magistrate judge.  (See Doc. 7).  The record does not reflect any
10 election regarding consent to magistrate judge jurisdiction by respondent.  The Clerk of the Court
11 will be directed to provide respondent with the appropriate form which respondent shall then
12 complete, indicating either consent or non-consent as respondent may choose, and file with the
13 court.

14      Accordingly, IT IS HEREBY ORDERED that

15      1.    The Clerk of the Court shall serve a copy of this order, a copy of
16 petitioner's petition for a writ of habeas corpus (Doc. 1), and a copy of the order requiring
17 respondent's response (Doc. 18) on Michael Patrick Farrell, Senior Assistant Attorney General;

18      2.    Respondent is directed to file a response to petitioner's petition within 60
19 days from the date of service of this order;

20      3.    Petitioner's traverse or reply (if respondent files an answer to the petition),
21 if any, or opposition or statement of non-opposition (if respondent files a motion in response to
22 the petition) shall be filed and served within 30 days of service of respondent's response;

23      4.    The Clerk of the Court is further directed to forward to respondent the
24 court's "Notice of Availability of a Magistrate Judge to Exercise Jurisdiction and Appeal
25 Instructions" along with the accompanying consent election form; and

26 / / /

2. Respondent shall complete and file the consent election form within 60 days of the date of this order.

DATED: August 6, 2008

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE