**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RALPH EDWARD KING, | No. CIV S-07-0830-FCD-CMK-P |
| Petitioner, | |
| vs. | ORDER |
| ROBERT HORELL, | |
| Respondent. | |
| _____/ | |

Petitioner, a state prisoner proceeding with appointed counsel, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Each of the parties in the above-captioned case has filed a Consent to Proceed Before a United States Magistrate Judge. See 28 U.S.C. § 636(c). This case shall, therefore, be reassigned to the magistrate judge for all further proceedings and entry of final judgment.

Accordingly, IT IS ORDERED that:

1. The Clerk of the Court is directed to reassign this case to the Honorable Craig M. Kellison as the presiding judge; and

///

///

1

2. The caption on all documents filed in the reassigned case shall show case number CIV S-07-0830-CMK-P.

DATED: September 11, 2008

                                      FRANK C. DAMRELL, JR.
                                      UNITED STATES DISTRICT JUDGE

I am the United States Magistrate Judge currently assigned to this case. I accept reassignment of this case for all further proceedings, including entry of final judgment, by myself or such other magistrate judge as may be assigned.

DATED: September 11, 2008

                                      **CRAIG M. KELLISON**
                                      UNITED STATES MAGISTRATE JUDGE